**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Contractor's Lien Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**37-8858550** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6225 N. Milwaukee Avenue**<br>**Chicago, IL**<br>ZIP Code **60646** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [■] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [■] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [■] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [■] Debts are primarily business debts.

### Filing Fee (Check one box)

- [■] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [■] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [■] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| [■] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [■] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Contractor's Lien Services, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Contractor's Lien Services, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Perry Perelman**
Signature of Attorney for Debtor(s)

**Perry Perelman 6290437**
Printed Name of Attorney for Debtor(s)

_____
Firm Name

**5225 Old Orchard Road, Suite 5**
**Skokie, IL 60077**

_____
Address

**847-673-4003  Fax: 847-673-4007**
Telephone Number

**August 2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Steve Boucher**
Signature of Authorized Individual

**Steve Boucher**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**August 2, 2010**
Date

**B6D (Official Form 6D) (12/07)**

In re  **Contractor's Lien Services, Inc.**  ,    Case No. _____
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **_0_** continuation sheets attached | | | | | | Subtotal (Total of this page) | | |
| | | | | | | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07)

.

In re   **Contractor's Lien Services, Inc.**                                ,   Case No. _____
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

  A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

  Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

  Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

 Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

 Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

 Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

 Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

 Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

 Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

 Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

 Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

 Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        **0**  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Contractor's Lien Services, Inc.** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Adrian Mizga<br>5202 W. George St.<br>Chicago, IL 60641 | | - | Law Suit | | | | 1,040.00 |
| Account No.<br><br>American Express<br>P.O. Box 981532<br>El Paso, TX 79998-1531 | | - | Credit card purchases | | | | 2,600.00 |
| Account No.<br><br>AT&T<br>c/o McCarthy, Burgess & Wolf<br>26000 Cannon Rd.<br>Bedford, OH 44146 | | - | Business Debt | | | | 2,139.00 |
| Account No.<br><br>AT&T Yellow Pages<br>5000 College Blvd<br>Leawood, KS 66211 | | - | Business Debt | | | | 1,300.00 |

__8___ continuation sheets attached

Subtotal (Total of this page)  **7,079.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:40408-091215   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Contractor's Lien Services, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Beata Gallus**<br>**258 Tower Ln.**<br>**Elk Grove Village, IL 60007** | - | | **Law Suit** | | | | **1,040.00** |
| Account No.<br>**Blue Sky Roofing**<br>**c/o Gary S. Weiss P.C.**<br>**30 N. LaSalle #3924**<br>**Chicago, IL 60602** | - | | **Law Suit** | | | | **Unknown** |
| Account No.<br>**BWS Construction**<br>**c/o Thomas Rosenberg**<br>**1051 W. Belmont**<br>**Chicago, IL 60657** | - | | **Law Suit** | | | | **26,642.00** |
| Account No.<br>**Chicago Title Land Trust #76982**<br>**c/o Arnold Schwartz**<br>**111 N. Canal Street #394**<br>**Chicago, IL 60606** | - | | **Law Suit Judgment** | | | | **3,620.00** |
| Account No.<br>**Contractors Adjustment Co.**<br>**c/o Deutsch, Levy & Engle**<br>**Chicago, IL 60601** | - | | **Law Suit** | | | | **50,000.00** |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **81,302.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Contractor's Lien Services, Inc.**,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>David Steel<br>c/o Scott Morgan<br>217 N. Jefferson #602<br>Chicago, IL 60661 | | - | **Law Suit Judgment** | | | | 7,000.00 |
| Account No.<br><br>Dennis Ryza<br>c/o Chris Goluba<br>399 Wall Street #H<br>Glendale Heights, IL 60139 | | - | **Law Suit Judgment** | | | | 4,000.00 |
| Account No.<br><br>Dept. of Labor<br>Lisa Madigan Attorney General<br>100 W. Randolph, 13th Floor<br>Chicago, IL 60601 | | - | **Law Suit** | | | | 3,757.00 |
| Account No.<br><br>Dept. of Labor<br>Lisa Madigan Attorney General<br>100 W. Randolph, 13th Floor<br>Chicago, IL 60601 | | - | **Law Suit** | | | | 2,842.00 |
| Account No.<br><br>Dept. of Labor<br>Lisa Madigan Attorney General<br>100 W. Randolph<br>Chicago, IL 60601 | | - | **Law Suit** | | | | 3,757.00 |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    21,356.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Contractor's Lien Services, Inc.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dept. of Labor<br>Lisa Madigan Attorney General<br>100 W. Randolph<br>Chicago, IL 60601 | - | | Law Suit | | | | 3,079.00 |
| Account No.<br><br>DMAC<br>c/o Daniel G. Lauer & Associates<br>1424 W. Division<br>Chicago, IL 60642 | - | | Law Suit | | | | Unknown |
| Account No.<br><br>Harrington, Moran, Barksdale, Inc.<br>c/o Charles L. Nesbit<br>105 W. Madison<br>Chicago, IL 60602 | - | | Law Suit | | | | 30,000.00 |
| Account No.<br><br>Harrington, Moran, Barksdale, Inc.<br>c/o Charles Nesbit<br>105 W. Madison<br>Chicago, IL 60602 | - | | Law Suit | | | | 30,000.00 |
| Account No.<br><br>Henry Centracchio<br>211 W. Wacker Dr. #500<br>Chicago, IL 60606 | - | | Law Suit | | | | 70,000.00 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **133,079.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Contractor's Lien Services, Inc.** ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**International Masonry**<br>**c/o David Stepanich**<br>**32 N. West St. #203**<br>**Waukegan, IL 60085** | | - | **Law Suit** | | | | 23,200.00 |
| Account No.<br>**Jolanta Kozlowski**<br>**2416 Ernst St.**<br>**Franklin Park, IL 60131** | | - | **Law Suit** | | | | 1,260.00 |
| Account No.<br>**Jose and Ana Dutra**<br>**c/o Robert A. Destefano**<br>**6547 W. Cermak**<br>**Berwyn, IL 60402** | | - | **Law Suit** | | | | 100,000.00 |
| Account No.<br>**Joseph Discola**<br>**c/o Barone & Jenkins**<br>**635 Butterfield #145**<br>**Villa Park, IL 60181** | | - | **Law Suit Judgment** | | | | 50,000.00 |
| Account No.<br>**Joseph Marsiglia**<br>**c/o Ansani & Ansani**<br>**1411 Peterson Ave.**<br>**Park Ridge, IL 60068** | | - | **Law Suit Judgment** | | | | 45,000.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **219,460.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Contractor's Lien Services, Inc.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lexis-Nexis**<br>**9443 Springboro Pike**<br>**Miamisburg, OH 45342** | - | | **Business Debt** | | | | **14,000.00** |
| Account No.<br><br>**Limestone Inc.**<br>**5596 N. Northwest Hwy**<br>**Chicago, IL 60630** | - | | | | | | **Unknown** |
| Account No.<br><br>**M & M**<br>**c/o Chepov & Scott**<br>**5440 N. Cumberland**<br>**Chicago, IL 60656** | - | | **2009**<br>**Law Suit Judgment** | | | | **15,889.00** |
| Account No.<br><br>**Michaelson**<br>**c/o William A. Price**<br>**P.O. Box 1425**<br>**Warrenville, IL 60555** | - | | **Law Suit** | | | | **Unknown** |
| Account No.<br><br>**National Court Reporter**<br>**c/o Markoff & Krasny**<br>**29 N. Wacker Dr. #500**<br>**Chicago, IL 60606** | - | | **Business Debt** | | | | **1,678.00** |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **31,567.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Contractor's Lien Services, Inc.**, Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Paulina Budzik**<br>**4662 N. Kolze**<br>**Schiller Park, IL 60176** | | - | **Law Suit** | | | | **1,260.00** |
| Account No.<br>**People of the State of Illinois**<br>**c/o ASA Joseph Hudson**<br>**69 W. Washington**<br>**Chicago, IL 60602** | | - | **Law Suit** | | | | **Unknown** |
| Account No.<br>**People of the State of Illinois**<br>**c/o Lisa Madigan Attorney General**<br>**100 W. Randolph, 13th Floor**<br>**Chicago, IL 60601** | | - | **Law Suit** | | | | **Unknown** |
| Account No.<br>**Pitney Bowes**<br>**c/o Dynamic Recovery Services**<br>**4101 McEwen Suite 150**<br>**Dallas, TX 75244** | | - | **Business Debt** | | | | **8,681.00** |
| Account No.<br>**Rohar Enterprises, Inc.**<br>**c/o Rohlfing & Oberholtzer**<br>**211 W Wacker Dr. #1200**<br>**Chicago, IL 60601** | | - | **Law Suit** | | | | **67,112.00** |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **77,053.00**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Contractor's Lien Services, Inc.**  ,  Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Stato Remodeling**<br>**3008 Park Ct.**<br>**Rolling Meadows, IL 60008** | | - | | | | | **36,000.00** |
| Account No.<br>**Sylwia Kulesza**<br>**6334 W. Eddy St.**<br>**Chicago, IL 60634** | | - | Law Suit | | | | **960.00** |
| Account No.<br>**Tressler LLP**<br>**233 S. Wacker 22nd Floor**<br>**Chicago, IL 60606-6399** | | - | Business Debt | | | | **131,000.00** |
| Account No.<br>**United Construction**<br>**c/o Kindwald**<br>**106 W. Madison**<br>**Chicago, IL 60602** | | - | Law Suit | | | | **Unknown** |
| Account No.<br>**WestLaw**<br>**610 Opperman Dr.**<br>**P.O. Box 64833**<br>**Saint Paul, MN 55164-1803** | | - | Business debt | | | | **16,000.00** |

Sheet no. __7__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **183,960.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Contractor's Lien Services, Inc.**, Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **WJ Weiser & Associates** <br> **c/o Defrees & Fiske LLC** <br> **200 S. Michigan Avenue** <br> **Chicago, IL 60604** | - | | **October 15, 2008** <br> **Law Suit Judgement** | | | | **60,700.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **60,700.00**

Total (Report on Summary of Schedules)    **815,556.00**

Adrian Mizga
5202 W. George St.
Chicago, IL 60641

American Express
P.O. Box 981532
El Paso, TX 79998-1531

AT&T
c/o McCarthy, Burgess & Wolf
26000 Cannon Rd.
Bedford, OH 44146

AT&T Yellow Pages
5000 College Blvd
Leawood, KS 66211

Beata Gallus
258 Tower Ln.
Elk Grove Village, IL 60007

Blue Sky Roofing
c/o Gary S. Weiss P.C.
30 N. LaSalle #3924
Chicago, IL 60602

BWS Construction
c/o Thomas Rosenberg
1051 W. Belmont
Chicago, IL 60657

Chicago Title Land Trust #76982
c/o Arnold Schwartz
111 N. Canal Street #394
Chicago, IL 60606

Contractors Adjustment Co.
c/o Deutsch, Levy & Engle
Chicago, IL 60601

David Steel
c/o Scott Morgan
217 N. Jefferson #602
Chicago, IL 60661

```
Dennis Ryza
c/o Chris Goluba
399 Wall Street #H
Glendale Heights, IL 60139


Dept. of Labor
Lisa Madigan Attorney General
100 W. Randolph, 13th Floor
Chicago, IL 60601


Dept. of Labor
Lisa Madigan Attorney General
100 W. Randolph, 13th Floor
Chicago, IL 60601


Dept. of Labor
Lisa Madigan Attorney General
100 W. Randolph
Chicago, IL 60601


Dept. of Labor
Lisa Madigan Attorney General
100 W. Randolph
Chicago, IL 60601


DMAC
c/o Daniel G. Lauer & Associates
1424 W. Division
Chicago, IL 60642


Harrington, Moran, Barksdale, Inc.
c/o Charles L. Nesbit
105 W. Madison
Chicago, IL 60602


Harrington, Moran, Barksdale, Inc.
c/o Charles Nesbit
105 W. Madison
Chicago, IL 60602


Henry Centracchio
211 W. Wacker Dr. #500
Chicago, IL 60606
```

International Masonry
c/o David Stepanich
32 N. West St. #203
Waukegan, IL 60085


Jolanta Kozlowski
2416 Ernst St.
Franklin Park, IL 60131


Jose and Ana Dutra
c/o Robert A. Destefano
6547 W. Cermak
Berwyn, IL 60402


Joseph Discola
c/o Barone & Jenkins
635 Butterfield #145
Villa Park, IL 60181


Joseph Marsiglia
c/o Ansani & Ansani
1411 Peterson Ave.
Park Ridge, IL 60068


Lexis-Nexis
9443 Springboro Pike
Miamisburg, OH 45342


Limestone Inc.
5596 N. Northwest Hwy
Chicago, IL 60630


M & M
c/o Chepov & Scott
5440 N. Cumberland
Chicago, IL 60656


Michaelson
c/o William A. Price
P.O. Box 1425
Warrenville, IL 60555


National Court Reporter
c/o Markoff & Krasny
29 N. Wacker Dr. #500
Chicago, IL 60606

```
Paulina Budzik
4662 N. Kolze
Schiller Park, IL 60176


People of the State of Illinois
c/o ASA Joseph Hudson
69 W. Washington
Chicago, IL 60602


People of the State of Illinois
c/o Lisa Madigan Attorney General
100 W. Randolph, 13th Floor
Chicago, IL 60601


Pitney Bowes
c/o Dynamic Recovery Services
4101 McEwen Suite 150
Dallas, TX 75244


Rohar Enterprises, Inc.
c/o Rohlfing & Oberholtzer
211 W Wacker Dr. #1200
Chicago, IL 60601


Stato Remodeling
3008 Park Ct.
Rolling Meadows, IL 60008


Sylwia Kulesza
6334 W. Eddy St.
Chicago, IL 60634


Tressler LLP
233 S. Wacker 22nd Floor
Chicago, IL 60606-6399


United Construction
c/o Kindwald
106 W. Madison
Chicago, IL 60602


WestLaw
610 Opperman Dr.
P.O. Box 64833
Saint Paul, MN 55164-1803
```

```
WJ Weiser & Associates
c/o Defrees & Fiske LLC
200 S. Michigan Avenue
Chicago, IL 60604


WJ Weiser & Associates
1100 E. Woodfield Rd. Suite 520
Schaumburg, IL 60173
```